1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11    GENE AMBERT,
      FL DOC #A50783,
12
                                    Petitioner,
13
              vs.
14
      UNITED STATES OF AMERICA;
15    UNITED STATES ATTORNEY
      GENERAL M. GARLAND; UNITED
16    STATES MARSHAL SERVICE;
      MARSHALL STEVEN C.
17    STAFFORD; and FEDERAL BUREAU
      OF INVESTIGATION,
18
                                    Respondents.
19

20

Case No.:  3:22-cv-00996-RBM-DEB

**ORDER DENYING PLAINTIFF'S
MOTION FOR JUDICIAL NOTICE**

**[Doc. 44]**

21

22          On February 20, 2024, Petitioner/Plaintiff Gene Ambert ("Plaintiff") filed a Motion

23   for Judicial Notice ("Motion").  (Doc. 44.)  In his Motion, Plaintiff requests that the Court

24   take judicial notice of various "reference materials," including cases, websites, docket

25   sheets, Florida State Department of Corrections Rules, and Florida statutes.  (*Id.* at 1.)

26   Specifically, Plaintiff requests that the Court take judicial notice of this case's docket sheet,

27   Plaintiff's civil cases in other courts, Plaintiff's law library call outs, Plaintiff's other

28

motions filed with this Court, the State of Florida Department of Corrections website, the Blackwater River Correctional Facility website, and more.  (*Id.* at 2–4.)

"A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  "A court shall take judicial notice if requested by a party and supplied with the necessary information."  Fed. R. Evid. 201(d).  However, the Court cannot take judicial notice of facts or documents "in a vacuum."  *Stevens v. Beard*, Case No. 1:17-cv-01002-AWI-SAB (PC), 2023 WL 2143219, at *1 (E.D. Cal. Feb. 21, 2023).  "A request for judicial notice must be made in the context of some proceeding in which the facts are to be placed in evidence."  *Id.*

Here, as in *Stevens*, Plaintiff requests that the Court take judicial notice of several documents and proceedings without explaining how or why these items are to be placed into evidence or how they are related to his claims.  Currently, there is no pending motion requiring evidentiary determinations.  Therefore, "Plaintiff has not demonstrated that these documents are related to his claims or that such documents are subject to judicial notice."  *Id.*  Accordingly, Plaintiff's Motion is **DENIED**.

 IT IS SO ORDERED.

DATE:  April 18, 2024

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3:22-cv-00996-RBM-DEB